# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2999
LT Case No. 2014-CF-000477-A

_____

RACHEL FRYER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Rachel Fryer, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and MAKAR and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____